UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF NORTH CAROLINA

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | Docket No. 1:18CR27-1 |
| | ) | |
| BRUCE ALTENBURGER | ) | |

---

NOTICE OF APPEAL

---

NOW COMES The defendant, by and through his undersigned counsel, and hereby gives notice, pursuant to Rule 4(b) of the Federal Rules of Appellate Procedure, that he is appealing the judgment in the above-captioned matter imposed by the Hon. Thomas D. Schroeder, Chief District Judge of the Middle District of North Carolina, and filed on May 1, 2019, to the United States Court of Appeals for the Fourth Circuit. As Defendant is indigent, he respectfully requests that the undersigned Counsel be appointed to represent him for his appeal.

Respectfully submitted this the 7th day of May, 2019.

/s/ Michael E. Archenbronn
Michael E. Archenbronn
Attorney for Defendant
salemlawyer@juno.com
POB 30181
Winston Salem, NC 27131
336.725.1272

UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Docket No. 1:18CR27-1 |
| | ) | |
| BRUCE ALTENBURGER | ) | |

___

CERTIFICATE OF SERVICE
___

The undersigned attorney for the Defendant, certify that the foregoing notice was served upon the Assistant United States Attorney for the Middle District of North Carolina, Clifton T. Barrett, by electronic filing.

This the 7th day of May, 2019.

/s/ Michael E. Archenbronn
Michael E. Archenbronn
Attorney for Defendant
salemlawyer@juno.com
POB 30181
Winston Salem, NC 27131
336.725.1272